**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------X
STEPHEN DINARDO,

                          Plaintiff,              24 **CIVIL** 5573 (OTW)

    -v-                                           **JUDGMENT**

LELAND DUDEK, ACTING
COMMISSIONER OF SOCIAL SECURITY,

                            Defendant.
--------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Stipulation and Order dated March 11, 2025, that the final decision of the

Commissioner of Social Security be, and hereby is, remanded to the Commissioner of Social

Security pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings,

solely to adjudicate whether Plaintiff was disabled subsequent to September 30, 2019.

**Dated:**  New York, New York

       March 11, 2025

                                 **TAMMI M. HELLWIG**
                            _____
                                 **Clerk of Court**

               **BY:**       K. Mango

                                 _____
                                 **Deputy Clerk**